■ NORMAN ZEILER v. MURRAY URSANER et al.— Motion for an order enjoining the plaintiff from interfering with a title closing denied, with $10 costs. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ In the Matter of FRANK J. GIAQUINTO, v. MICHAEL MURPHY, as Police Commissioner of the City of New York.— Motion to dispense with printing granted insofar as to permit the proceeding to be heard on the original record, without printing the same, and upon typewritten or mimeographed petitioner's points, upon condition that the petitioner serves one copy of the typewritten or mimeographed petitioner's points on the Corporation Counsel of the City of New York and files 6 typewritten or 19 mimeographed copies of petitioner's points, together with the original record, with this court. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ LEON FOSTON v. QUINCY COMPRESSOR Co. et al.— Motion for reargument denied. That branch of the motion requesting an enlargement of time is granted only insofar as to extend the appellant's time to serve and file the record on appeal and appellant's points to and including August 14, 1962, with notice of argument for the September 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ VIVIAN FERENTZ v. MELVIN FERENTZ.— Motion for a stay granted only to the extent as stated in the order to show cause, dated March 23, 1962, on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before April 19, 1962, with notice of argument for May 1, 1962, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ DHOOGE BROS., INC., v. JOAQUIN P. MECHO.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Motion for a stay denied in all respects. The stay contained in the order to show cause, dated March 23, 1962, is vacated. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JAY S. GREENBERG.— Enlargement of time granted. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.